Certificate Number  06531-ILN-CC-003447128

# CERTIFICATE OF COUNSELING

I CERTIFY that on February 26, 2008 _____, at 11:28 _____ o'clock AM CST _____.

Harlan L. Larson _____ received from

Allen Credit and Debt Counseling Agency _____,

an agency approved pursuant to 11 U.S.C § 111 to provide credit counseling in the

Northern District of Illinois _____, an individual [or group] briefing that complied

with the provisions of 11 U.S.C §§ 109(h) and 111.

A debt repayment plan was not prepared _____  If a debt repayment plan was prepared, a copy of

the debt repayment plan is attached to this certificate

This counseling session was conducted by telephone _____

Date: February 26, 2008 _____          By      /s/Stephanie Kjerland _____

                                        Name   Stephanie Kjerland _____

                                        Title   Credit Counselor _____

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy
Code are required to file with the United States Bankruptcy Court a completed certificate of
counseling from the nonprofit budget and credit counseling agency that provided the individual
the counseling services and a copy of the debt repayment plan, if any, developed through the
credit counseling agency. See 11 U.S.C §§ 109(h) and 521(b)